No. 85–6791. HEMPHILL v. LYLES, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–6793. GOUDY v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 85–6796. SHAFFER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–6797. CRADDOCK v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 85–6815. LOCKETT v. MONTEMANGO, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 85–6816. CODINACH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–6817. DUNN v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 85–6821. STRANGE v. LOCAL UNION NO. 79 OF THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL & ORNAMENTAL IRON WORKERS ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–6832. HUSKEY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 85–6835. MADDOX v. WELDON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 85–6837. KEATON v. ARREDONDO. C. A. 5th Cir. Certiorari denied.

No. 85–6842. JONES v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 85–6847. CASEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–6873. WILLIAMS v. SOUTH CAROLINA DEPARTMENT OF CORRECTIONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–6878. WILSON v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.